# Court of Appeals
# of the State of Georgia

ATLANTA,___May 18, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A0610. JENNINGS v. THE STATE.

On July 15, 2015, we granted Tarrance Jennings' application for interlocutory appeal of the trial court's order denying in part his motion to bar the prosecution. Upon review of the entire record, we conclude that the application was improvidently granted. The appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____05/18/2016_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*